The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GHEORGHE CHIHAI,

                    Plaintiff,

          v.

PAMELA BONDI, Attorney General of the
United States; KRISTI NOEM, Department of
Homeland Security; JOSPH B. EDLOW,
Director; U.S. Citizenship and Immigration
Services,

                    Defendants.

CASE NO.  2:25-cv-01477-LK

STIPULATED MOTION TO HOLD CASE
IN ABEYANCE AND [PROPOSED]
ORDER

NOTED FOR CONSIDERATION:
FEBRUARY 26, 2026

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 30 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application.

Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND
[PROPOSED] ORDER
[2:25-cv-01477-LK] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties previously agreed to a stay of this case as USCIS had scheduled Plaintiff for an asylum interview. Since that time, a December 2, 2025 Policy Memorandum, PM-602-0192, available online at https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf, has been issued. For good cause, USCIS therefore requests additional time to access the impact of the memorandum and determine next steps in this case.

Dated this 26th day of February, 2026.

GHEORGHE CHIHAI
24104 39th Ln. S.E.
Bothell, WA 98021
Phone: (360) 612-7352
Email: ghrghchihai@gmail.com

*Pro Se Plaintiff*

s/ *Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: 206-553-4067
Email: katie.fairchild@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 196 words, in compliance with the Local Rules.

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND
[PROPOSED] ORDER
[2:25-cv-01477-LK] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

Finding that the *CMAX* factors support a stay, *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962), the Court GRANTS the stipulated motion.

The case is held in abeyance.  The parties shall submit a status update within 30 days of this Order.  It is so **ORDERED**.

Dated this _____27_____ day of _____February_____, 2026.


Lauren King
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND
[PROPOSED] ORDER
[2:25-cv-01477-LK] - 3